IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GLENN B. LAKEN, | § § | |
| Plaintiff, | § § § | CIVIL NO: 1:05-cv-2500-TCB |
| vs. | § § § § | |
| FEDERAL BUREAU OF PRISONS, a federal agency of the United States Government, | § § § § § § | |
| Defendant. | § § | |

### MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)

NOW COMES, the Plaintiff, Glenn Laken and pursuant to Rule 41(a)(1) seeks an order voluntary dismissing the above-captioned cause.

 

Steven B. Muslin
STEVEN B. MUSLIN

## CONSENT ORDER

This matter coming before this court on the defendant's Motion for Voluntary Dismissal Pursuant to Rule 41(a) (1). The court being fully advised, the parties being in agreement, It is hereby ordered that this matter is hereby voluntary dismissed.

So ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

| | |
|---|---|
| STEVEN B. MUSLIN | DAVID E. NAHMIAS |
| Attorney for Plaintiff | United States Attorney |
| | |
| | SHARON D. STOKES |
| | Assistant U.S. Attorney |
| | Georgia Bar No. 227475 |
| | |
| | STEPEN H. McCLAIN |
| | Assistant U.S. Attorney |
| | |
| Steven B. Muslin | Stephen H. McClain |
| Steven B. Muslin, Ltd. | U.S. Attorney's Office |
| 19 South LaSalle Street | 75 Spring Street, S.W. |
| Suite 700 | Suite 600 |
| Chicago, Illinois 60603 | (404) 581-6000 (tel) |
| (312) 263-7249 | (404) 581-6150 (fax) |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

                                        Steven B. Muslin
                                        STEVEN B. MUSLIN

CERTIFICATE OF SERVICE

I certify that I have this day served this proposed CONSENT ORDER by causing copies to be deposited in the United States Mail addressed as follows:

Stephen McClain
75 Spring Street SW
Suite 600
Atlanta, GA 30303

This 9th day of June, 2006.

<u>Steven B. Muslin</u>
STEVEN B. MUSLIN
